**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                    :    No. 543

                               :

REAPPOINTMENTS TO INTERBRANCH :   JUDICIAL ADMINISTRATION DOCKET
COMMISSION FOR GENDER, RACIAL    :
AND ETHNIC FAIRNESS            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 30th day of October, 2020, the following members are hereby reappointed to the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years, commencing December 31, 2020:

- The Honorable Kim Berkeley Clark, Allegheny County

- The Honorable Deborah E. Curcillo, Dauphin County

- The Honorable Timothy K. Lewis (Ret.), Allegheny County

- Katherine J. Gomez, Esquire, Philadelphia

- Jessie L. Smith, Esquire, Dauphin County

- Catherine Volponi, Esquire, Allegheny County